**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Lana Richmond, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-969 UNA |
| | ) | |
| Board of Regents, Southeast Missouri State University. | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The above styled and numbered case was filed on March 15, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:17-cv-00044.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-969 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 16, 2017     By: /s/ Michele Crayton
                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17cv00044 SNLJ.**